IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **RALPH RODRIGUEZ,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **JOSEPH ARPAIO,** ) <br> ) <br> Defendant. ) <br> _____) | CIV 05-01829 PHX NVW MEA <br><br> REPORT AND RECOMMENDATION <br> FOR DISMISSAL <br> WITHOUT PREJUDICE |

Plaintiff filed his complaint on June 17, 2005. On October 21, 2005, the Court issued an order requiring Plaintiff to complete and return a service packet for Defendant to the Court by November 17, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 60 days of the date the service order was issued, by December 19, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure. The civil docket in this matter indicates that

Plaintiff has failed to acquire a waiver of service from Defendant or to complete service of process on Defendant.

On December 29, 2005, the Court allowed Plaintiff until January 27, 2006, to show cause why this case should not be dismissed for Plaintiff's failure to effect service of process on Defendant as required by the Court's order of October 5, 2005, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of October 21, 2005, and Rule 4, Federal Rules of Civil Procedure.

DATED this 1st day of February, 2006.

_____
Mark E. Aspey
United States Magistrate Judge