IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ralph Rodriguez,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 05-1829 PHX NVW (MEA)<br><br>**ORDER** |

Before the court is Plaintiff's Complaint (doc. #1). On February 1, 2006, United States Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R & R") (doc. #9) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the Complaint be dismissed. No objections to the R & R were filed.

The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Mark E. Aspey (doc. #9).

IT IS FURTHER ORDERED that Plaintiff's Complaint (doc. #1) is dismissed without prejudice.

1    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
2 accordingly and terminate this action.
3    DATED this 8th day of March 2006.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge